# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *ex rel.* ANDY BESHEAR, ATTORNEY GENERAL,<br><br>    PLAINTIFF,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., WALGREENS MAIL SERVICE, LLC, WALGREENS SPECIALTY PHARMACY, LLC, WALGREENS.COM, INC. d/b/a WALGREENS #05823,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 2:18-cv-00126<br>**(Removal from Commonwealth of Kentucky, Boone Circuit Court, Div. III, Civil Action No. 18-CI-00846)** |

## LIMITED RESPONSE TO PLAINTIFF'S MOTION TO REMAND

In limited response to Plaintiff's Motion to Remand filed August 17, 2018, Defendants Walgreen Co., Walgreens Mail Service, LLC, Walgreens Specialty Pharmacy, LLC, and Walgreens.com, Inc. (collectively "Walgreens"),[1] by counsel, state as follows:

1.  To be sure, Walgreens opposes Plaintiff's motion to remand. Such opposition should not be necessary at this time, however, because the Court stayed all proceedings in this case pending a determination by the Judicial Panel on Multidistrict Litigation ("JPML") on whether the case should be transferred to the Multidistrict Litigation ("MDL") in the U.S. District Court for the Northern District of Ohio. (Order, ECF No. 5). Plaintiff has objected to transfer to the MDL and the JPML has set a briefing schedule. No transfer determination has yet been made. Therefore, the stay remains in effect and no substantive response to Plaintiff's motion is warranted unless the Court decides to take up the motion despite the stay. In that

---

[1] The Complaint also names Walgreens Boots Alliance, Inc., which has not yet been served.

{00251957.DOCX/1}

event, Walgreens requests the opportunity to respond and be heard on the full merits of Plaintiff's motion.

2. Notwithstanding the foregoing, it is important to correct one substantial inaccuracy in Plaintiff's motion. Contrary to Plaintiff's assertion, Walgreens Boots Alliance, Inc. *did* consent to the removal of this case. (Notice of Removal ¶ 44, ECF No. 1).

Respectfully submitted,

*/s/ Frank K. Tremper*
Mark G. Arnzen (#01830)
Frank K. Tremper (#94095)
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, Kentucky 41011
(859) 431-6100
(859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Elizabeth Natter
Charles W. Rowland
Assistant Attorney General
Commonwealth of Kentucky
Office of the Attorney General
Office of Consumer Protection
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Liz.Natter@ky.gov
Charlie.Rowland@ky.gov


Wesley W. Duke
Assistant Director
C. David Johnstone
Brian C. Thomas
Assistant Attorneys General
Commonwealth of Kentucky
Office of the Attorney General
Office of Medicaid Fraud and Abuse
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Wesley.Duke@ky.gov
David.Johnstone@ky.gov
Brian.Thomas@ky.gov

 

*/s/ Frank K. Tremper*_____
Mark G. Arnzen (#01830)
Frank K. Tremper (#94095)
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, Kentucky 41011
(859) 431-6100
(859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com